■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC EDWARDS, Appellant. [966 NYS2d 668]—Judgment of resentence, Supreme Court, New York County (Ronald Zweibel, J.),

rendered February 22, 2012, resentencing defendant to a term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621, 630 [2011]). We perceive no basis for reducing the term of postrelease supervision. Concur—Tom, J.P., Friedman, Freedman and Feinman, JJ.